■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN BARNES, Appellant. [711 NYS2d 372] —Judgment unanimously affirmed. Memorandum: Supreme Court properly denied those parts of the motion of defendant seeking suppression of tangible evidence, identification evidence and the statement he made to the police after receiving *Miranda* warnings. Although defendant was illegally detained and the police failed to provide *Miranda* warnings before commencing their initial interrogation, the "connection between the lawless conduct of the police and the discovery of the challenged evidence [was] '* * * so attenuated as to dissipate the taint'" (*Wong Sun v United States*, 371 US 471, 487, quoting *Nardone v United States*, 308 US 338, 341; *see, People v Salami*, 197 AD2d 715, 715-716, *lv denied* 83 NY2d 876; *see also, People v McCloud*, 247 AD2d 409, *lv denied* 91 NY2d 975; *People v Watson*, 200 AD2d 643, *lv denied* 83 NY2d 859). In any event, any error in admitting that evidence is harmless (*see, People v Crimmins*, 36 NY2d 230, 237; *People v Waasdorp*, 237 AD2d 918, 919, *lv denied* 89 NY2d 1102). (Appeal from Judgment of Supreme

Court, Monroe County, Mark, J.—Rape, 1st Degree.) Present—
Green, J. P., Wisner, Kehoe and Lawton, JJ.